**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-2299**

———————

TONY E. CHAMBERS,

　　　　　Plaintiff - Appellant,

　　　v.

STATE OF N.C. DEPT. OF JUVENILE JUSTICE & DELINQUENCY
PREVENTION,

　　　　　Defendant – Appellee,

　　　and

BEVERLY PERDUE, Governor; MACK SIMMONS; DONALD BURNS; SANDRA
VAMPER; KAY EVANS; ROGER REYNOLDS; LINDA WHEELER HAYES;
DAVID E. JONES, Deputy Secretary, NC Department of Juvenile
Justice & Delinquency Prevention,

　　　　　Defendants.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Catherine C. Eagles,
District Judge. (1:10-cv-00315-CCE-LPA)

———————

Submitted: March 17, 2014　　　　Decided: April 2, 2014

———————

Before KEENAN and DIAZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Tony E. Chambers, Appellant Pro Se.   Gerald Kevin Robbins, Special Deputy Attorney General, Vanessa N. Totten, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony E. Chambers appeals the district court's order granting summary judgment to the Defendant in Chambers' employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Chambers v. N.C. Dep't of Juvenile Justice & Delinquency Prevention, No. 1:10-cv-00315-CCE-LPA (M.D.N.C. Sept. 27, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

AFFIRMED